# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN MARIE MERCHANT,<br><br>        Petitioner,<br><br>    v.<br><br>TINA HORNBEAK, Warden,<br><br>        Respondent. | Case No. EDCV 08-1119-DOC (JEM)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Final Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Final Report and Recommendation has passed, and no Objections have been filed. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

      IT IS HEREBY ORDERED that judgment be entered dismissing the Petition for Writ of Habeas Corpus with prejudice.

DATED: August 24, 2009

                                           /s/ David O. Carter<br>
                                         DAVID O. CARTER<br>
                                       UNITED STATES DISTRICT JUDGE