# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN MARIE MERCHANT,<br><br>　　　　　Petitioner,<br>　　v.<br><br>TINA HORNBEAK, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 08-1119-DOC (JEM)<br><br>**JUDGMENT** |

　　　In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED:  August 24, 2009

　　　　　　　　　　　　　　　　　　　　　　/s/ David O. Carter
　　　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE